IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PRADO, | No. CIV S-09-0332 JAM DAD PS |
| Plaintiff, | |
| v. | <u>ORDER VACATING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |
| CHASE HOME FINANCIAL, | |
| Defendant. | |
| _____/ | |

This case is set for a Status (Pretrial Scheduling) Conference on June 12, 2009. Defendant has noticed a motion to dismiss for hearing on April 3, 2009. It would be premature to hold a scheduling conference prior to final disposition of the pending motion by the assigned district judge. The scheduling conference will therefore be vacated but may be re-set at a later time. The hearing on the motion to dismiss will proceed before the undersigned as scheduled.

IT IS ORDERED that the Status (Pretrial Scheduling) Conference set for **June 12, 2009 at 11:00 a.m.** is vacated, and no status reports are required at this time.

DATED: March 16, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\prado0332.ovsc