IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID PRADO,

      Plaintiff,                       No. CIV S-09-0332 JAM DAD PS

      v.

CHASE HOME FINANCIAL,

      Defendant.                  <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action alleging claims arising from a mortgage loan and subsequent foreclosure proceedings. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On August 31, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2009 (Doc. No. 11) are adopted in full;

2. Defendant's February 26, 2009 motion to dismiss (Doc. No. 6) is granted pursuant to Federal Rule of Civil Procedure 12(b)(6); and

3. This action is dismissed with prejudice.

DATED: September 28, 2009

/s/ John A. Mendez

UNITED STATES DISTRICT JUDGE

/prado0332.jo